UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

NAMAL MADUSANKA THANIPPULI ARACHCHIGE

VS.

WARDEN CENTRAL LOUISIANA ICE

PROCESSING CENTER

CIVIL ACTION NO. 26-1926

SECTION P

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 3], no objections thereto having been filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Namal Madusanka Thanippuli Arachchige's petition for release under *Zadvydas* [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** to his right to re-file the claim should his confinement become unconstitutional.

MONROE, LOUISIANA, this 6th day of June, 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE